JOHNSON v. HOOKS

No. 136 PC.

Case below: 21 N.C. App. 585.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

LACHMANN v. BAUMANN

No. 10 PC.

Case below: 22 N.C. App. 160.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

LEWIS v. FOWLER

No. 33 PC.

Case below: 22 N.C. App. 199.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

LONG v. EDDLEMAN

No. 147 PC.

Case below: 22 N.C. App. 43.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

MEWBORN v. HADDOCK

No. 25 PC.

Case below: 22 N.C. App. 285.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.